### L. W. SMITH v. THE STATE.

No. 22164. Delivered June 10, 1942.
Rehearing Denied October 14, 1942.

The opinion states the case.

*H. C. Hooser,* of Big Spring, and *John O. Harris,* of Coleman, for appellant.

*Spurgeon E. Bell,* State's Attorney, of Austin, for the State.

GRAVES, Judge.

Upon his plea of guilty appellant was convicted of theft of property over the value of $50.00, and by the jury sentenced to serve two years in the State prison.

There are no bills of exceptions in the record. Appellant did not offer any defensive matter, but did file an application for a suspended sentence, which request was refused by the jury.

The facts are sufficient to show the theft of four tires, tubes and wheels from the parties named in the indictment.

There is nothing further to review, and no error appearing the judgment is affirmed.

### ON MOTION FOR REHEARING.

KRUEGER, Judge.

Appellant in his motion for a rehearing contends that we erred in affirming this case on the original submission thereof because he was deprived of a statement of facts without any fault on his part. The record does not sustain appellant's contention. We find that a statement of the facts proven on the

trial was agreed to by the District Attorney and defendant's counsel who was appointed by the court to represent him and did represent him upon his trial. This statement of facts was approved by the trial judge and ordered filed; and it was filed in due time in the court below and brought to this court with the record. Consequently appellant has not been deprived of a statement of facts.

The motion for rehearing is overruled.

The foregoing opinion of the Commission of Appeals has been examined by the Judges of the Court of Criminal Appeals and approved by the Court.